IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00377-PAC-MEH

BANKERS CHOICE PROPERTIES, INC., a Colorado corporation,

    Plaintiff,

v.

BAY CAPITAL CORP., a Maryland corporation, and
JOHN DOES 1-19,

    Defendants.

_____

**ORDER OF DISMISSAL AND VACATING TRIAL DATE**
_____

    This matter is before the Court on the parties' Stipulated Motion to Dismiss Case with Prejudice [filed August 2, 2006; Doc. No. 27].  It is hereby

    **ORDERED** that the motion is granted.  It is further

    **ORDERED** that this matter shall be dismissed with prejudice.  Each party is to pay its own costs and attorney fees.  It is further

    **ORDERED** that the Final Trial Preparation Conference set for May 24, 2007 and the Trial to a jury set for June 4 - 8, 2007 are **vacated.**  It is further

    **ORDERED** that the Clerk shall provide a copy of this Order to Joann Garcia, Jury Clerk, U.S. District Court.

Dated August 4, 2006.

By the Court:

s/Patricia A. Coan
Patricia A. Coan
U.S. Magistrate Judge